| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: **DISTRICT OF KANSAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**

    Wichita Hoops, LLC

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

    4 6 – 5 2 0 7 0 3 3

4. **Debtor's address**

    **Principal place of business**

    **5260 North Toler Road**
    Number   Street

    **Bel Aire**  **KS**  **67226**
    City     State  ZIP Code

    **Sedgwick**
    County

    **Mailing address, if different from principal place of business**

    Number   Street

    P.O. Box

    City     State  ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number   Street

    City     State  ZIP Code

5. **Debtor's website (URL)**   www.wichitahoops.com

6. **Type of debtor**
    ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor **Wichita Hoops, LLC** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. Check all that apply:
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check all that apply:
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Wichita Hoops, LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
               MM / DD / YYYY
           Case number, if known _____

           Debtor _____ Relationship _____
           District _____ When _____
               MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Wichita Hoops, LLC**_____   Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed. |

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                                                Number    Street

                                              _____

                                              _____   _____   _____
                                                City                                                  State          ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
             Contact name   _____
             Phone               _____

---

### ■ Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Wichita Hoops, LLC** _____ Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/27/2023**
MM / DD / YYYY

X **/s/ Evan McCorry**
Signature of authorized representative of debtor

**Evan McCorry**
Printed name

**Member Manager**
Title

18. **Signature of attorney**

X **/s/ David Prelle Eron** _____ Date **03/27/2023**
Signature of attorney for debtor                                             MM / DD / YYYY

**David Prelle Eron**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N. Main St., Suite 2000**
Number          Street

**Wichita**                                   **KS**            **67202**
City                                           State            ZIP Code

**(316) 262-5500**                             **david@eronlaw.net**
Contact phone                                  Email address

**23429**                                      **KS**
Bar number                                     State

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Wichita Hoops, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known) | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/27/2023**   X **/s/ Evan McCorry**
MM / DD / YYYY   Signature of individual signing on behalf of debtor

**Evan McCorry**
Printed name

**Member Manager**
Position or relationship to debtor

Official Form 202   Declaration Under Penalty of Perjury for Non-Individual Debtors

Case 23-10255   Doc# 1   Filed 03/27/23   Page 6 of 13

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

In re  **Wichita Hoops, LLC**                                    Case No. _____

                                                                 Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept................................................................ | **$20,000.00** |
   | Prior to the filing of this statement I have received....................................................... | **$10,000.00** |
   | Balance Due.................................................................................................................... | **$10,000.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The amount listed above is the retainer amount only. The balance will be paid on March 29, 2023. A portion of these funds were spent at or prior to filing on court filing fee. Fees are billed at $330/hr. and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Fee applications will be filed for all fees incurred during the case.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **03/27/2023** | **/s/ David Prelle Eron** |
| --- | --- |
| Date | *David Prelle Eron*　　　　　　　　　　Bar No. 23429 |
| | *Prelle Eron & Bailey, P.A.* |
| | 301 N. Main St., Suite 2000 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

**/s/ Evan McCorry**

*Evan McCorry*
*Member Manager*

| | Fill in this information to identify the case: |
|---|---|
| Debtor name | **Wichita Hoops, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Small Business Administration District Counsel 10675 Bedford Ave Ste 100 Omaha NE 68127 | | Notice Only | | $413,000.00 | $0.00 | $413,000.00 |
| 2 | Webb Industrial LLC 833 S East Ave PO Box 45 Columbus KS 66725 | | Rent | Disputed | | | $102,322.42 |
| 3 | Legacy Bank Visa Bankers Bank of Kanas 555 N Woodlawn Building 5 Wichita KS 67208 | | Credit Card | | | | $3,677.16 |
| 4 | Jeffrey Willis 3500 N Rock Road Building 100 Wichita KS 67226 | | Business Goods or Services | | | | $3,000.00 |
| 5 | Smoll & Banning 2410 Central Avenue Dodge City KS 67801 | | Business Goods or Services | | | | $2,064.58 |

| Debtor | **Wichita Hoops, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Coca Cola<br>PO Box 74008600<br>Chicago IL 60674 | | Business Goods or Services | | | | $1,986.47 |
| 7 | Veritiv<br>7472 Collection Center Dr<br>Chicago IL 60693 | | Business Goods or Services | | | | $875.73 |
| 8 | Fiserv corporate headquarters<br>dba First Data<br>255 Fiserv Drive<br>PO Box 979<br>Brookfield WI 53045 | | Business Goods or Services | | | | $160.18 |
| 9 | Eco Lab<br>26252 Network Place<br>Chicago IL 60673 | | Business Goods or Services | | | | $122.42 |
| 10 | Authorizenet<br>PO Box 8999<br>San Francisco CA 94128 | | Business Goods or Services | | | | $77.95 |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

IN RE:   **Wichita Hoops, LLC**                                    CASE NO

                                                                   CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/27/2023                          Signature  /s/ Evan McCorry
                                                    *Evan McCorry*
                                                    *Member Manager*

Date _____              Signature _____

| | |
|---|---|
| A and M Restaurant Group<br>10333 E 21st Street North<br>Suite 106<br>Wichita KS 67206 | Kip Sagehorn<br>833 S East Ave<br>Columbus KS 66725 |
| Authorizenet<br>PO Box 8999<br>San Francisco CA 94128 | Legacy Bank<br>3711 N Ridge Road<br>Wichita KS 67205 |
| Carlos Perez Sr<br>10111 Pemcrest Dr<br>San Antonio TX 78240 | Legacy Bank Visa<br>Bankers Bank of Kanas<br>555 N Woodlawn Building 5<br>Wichita KS 67208 |
| Carlos Perez Sr<br>10111 Pemcrest Dr<br>San Antonio, TX 78240 | Smoll & Banning<br>2410 Central Avenue<br>Dodge City KS 67801 |
| Coca Cola<br>PO Box 74008600<br>Chicago IL 60674 | US Attorney Wichita<br>1200 Epic Center<br>301 N Main<br>Wichita KS  67202 |
| Eco Lab<br>26252 Network Place<br>Chicago IL 60673 | US Small Business Administration<br>District Counsel<br>10675 Bedford Ave Ste 100<br>Omaha NE 68127 |
| Evan McCorry<br>1860 N Paddock Green<br>Wichita KS 67206 | Veritiv<br>7472 Collection Center Dr<br>Chicago IL 60693 |
| Fiserv corporate headquarters<br>dba First Data<br>255 Fiserv Drive<br>PO Box 979<br>Brookfield WI 53045 | Webb Industrial LLC<br>833 S East Ave<br>PO Box 45<br>Columbus KS 66725 |
| Fiserv corporate headquarters<br>dba First Data<br>255 Fiserv Drive<br>PO Box 979<br>Brookfield, WI 53045 | Webb Industrial LLC<br>833 S East Ave<br>PO Box 45<br>Columbus, KS 66725 |
| Jeffrey Willis<br>3500 N Rock Road<br>Building 100<br>Wichita KS 67226 | |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
WICHITA DIVISION

IN RE:    CHAPTER  11
**Wichita Hoops, LLC**

DEBTOR(S)    CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Brian Kaiser<br>Wichita, KS | B | 7070.7 | Non-voting membership |
| Carlos Perez Sr<br>10111 Pemcrest<br>San Antonio, TX 78240 | A | 466666.66 | Membership |
| Evan McCorry<br>1860 N Paddock Green Ct<br>Wichita, KS 67206 | A | 233333.33 | Membership |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Member Manager** of the **Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **3/27/2023**    Signature: **/s/ Evan McCorry**
                                  *Evan McCorry*
                                  **Member Manager**